**John M. WALKINGTON, d. b. a. J. W. Distributing Company, Petitioner, v. Daniel J. CONERTY, District Supervisor of the Twelfth Supervisory District of the Alcohol and Tobacco Tax Division of the Internal Revenue Service of the United States Treasury Department.**

No. 14694.

United States Court of Appeals
Eighth Circuit.

March 2, 1953.

J. Leo Connolly, Council Bluffs, Iowa, and Joseph H. Wendel, Milwaukee, Wis., for petitioner.

Charles H. Weston, Sp. Asst. to Atty. Gen., and Ralph S. Spritzer, Atty., Department of Justice, Washington, D. C., for respondent.

PER CURIAM.

Petition for Review of Order of the District Supervisor of the Twelfth Supervisory District of the Alcohol and Tobacco Tax Division of the Internal Revenue Service of the United States Treasury Department dismissed, on dismissal and withdrawal filed by petitioner.

**UNITED STATES of America, Harold R. Love, Appellants, v. D. W. ONAN et al. and J. C. Vander Pyl et al.**

No. 14691.

United States Court of Appeals
Eighth Circuit.

March 13, 1953.

Harold R. Love, pro se.

Benedict Deinard, Melvin H. Siegel and R. H. Fryberger, Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellees.